Kathryn Tassinari
Robert Baron
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COLLEEN GRABLE,<br><br>        Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>        Defendant. | Civil No. 04-6185-AA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $3,827.50, costs in the amount of $150.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,002.50 as full settlement of any and all claims for attorney fees, costs and expenses under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 15 day of July, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
    Kathryn Tassinari
    OSB #80115
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO EAJA